UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY CHATMAN,

      Petitioner,

v.

M.S. EVANS et al,

      Respondent.

Case Number: CV10-00304 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Chatman F-02478
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: January 29, 2010

                            Richard W. Wieking, Clerk

                            By: Barbara Espinoza, Deputy Clerk